UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

MICHAEL REGAN,

    Plaintiff,

-vs-

CHERF & GREENUP, P.C.,

    Defendant.

Case No. 2:15-cv-10045-GCS-MJH
Judge: George Caram Steeh
Magistrate Judge:

_____/

| CARL SCHWARTZ (P70335) | WILLIAM C. SCHAEFER (P26495) |
|---|---|
| LYNGKLIP & ASSOCIATES | DRIGGERS, SCHULTZ & HERBST, P.C. |
| CONSUMER LAW CENTER, PLLC | Attorneys for Defendant |
| Attorneys for Plaintiff | 2600 W. Big Beaver Road, Suite 550 |
| 24500 Northwestern Highway, Suite 206 | Troy, MI 48084 |
| Southfield, MI 48075 | (248) 649-6000 / (248) 649-6442 (fax) |
| (248) 208-8864 | wschaefer@driggersschultz.com |
| Carl@MichiganConsumerLaw.com | |

_____/

## STIPULATION AND ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS TO ANY PARTY

    NOW COMES the above named parties, having stipulated to entry of an Order dismissing the above-entitled action with prejudice and without costs to any party; and with the court being otherwise fully advised in the premises;

    IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed with prejudice and without costs as to any party;

    IT IS SO STIPULATED AND ORDERED.

                                            s/George Caram Steeh
                                            U.S. DISTRICT JUDGE

Dated: June 22, 2015

Parties hereby stipulate to entry of the above order.

| | |
|---|---|
| **LYNGKLIP & ASSOCIATES**<br>**CONSUMER LAW CENTER, PLLC** | DRIGGERS, SCHULTZ & HERBST, P.C. |
| By:  /S/   Carl Schwartz<br>   **CARL SCHWARTZ (P70335)**<br>   **Attorney for Plaintiff**<br>   **24500 Northwestern Highway**<br>   **Suite 206**<br>   **Southfield, MI 48075**<br>   **(248) 208-8864**<br>   Carl@MichiganConsumerLaw.com | By:  /S/ William C. Schaefer<br>   William C. Schaefer (P26495)<br>   Attorney for Defendant<br>   2600 W. Big Beaver Road<br>   Suite 550<br>   Troy, MI 48084<br>   (248) 649-6000/(248) 649-6442 Fax<br>   wschaefer@driggersschultz.com |